UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
Docket No. 7:10-MJ-1165-1

| United States Of America | ) | |
| --- | --- | --- |
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| Danielle Lynn Balyint | ) | |

On May 4, 2011, Danielle Lynn Balyint appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to Child Neglect, in violation of 18 U.S.C. §13 and N.C.G.S. 14-316.1, was sentenced to a 12-month term of probation.

From evidence presented at the revocation hearing on October 24, 2011, the court finds as a fact that Danielle Lynn Balyint, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. The offender has absconded from supervision.
2. Failure to follow the instructions of the probation officer.
3. Failure to pay a monetary obligation.
4. Failure to submit truthful and complete written reports within the first five days of each month.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 10 days. Defendant shall be credited with time already served in custody.

IT IS FURTHER ORDERED that the balance of the financial imposition originally imposed be due in full immediately.

IT IS FURTHER ORDERED that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 24th day of October, 2011.

Robert B. Jones, Jr.
U.S. Magistrate Judge